```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 08026
   ANNIE M MOSES
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-0329


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 04/03/08 and confirmed on 06/06/08.

    2.   The case was dismissed after confirmation, 10/03/2008.

    3.   The Debtor paid a total of $     300.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC PAYMENT CENTER | SECURED VEHIC | 9147.62 | .00 | 282.60 |
| ALL CREDIT LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ARMED FORCES BANK | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CO | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| GUSTAV R KOZINA DDS | UNSECURED | NOT FILED | .00 | .00 |
| LAKE SHORE PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST EMERGENCY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST NEOPED | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE CAS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD INC | UNSECURED | NOT FILED | .00 | .00 |
| SALUTE | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE VOICE STREAM | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |

```
VICTORY MEMORIAL HOSPITA UNSECURED        NOT FILED                .00            .00
      Summary of disbursements:
-------------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     9147.62           .00          .00           .00       9147.62
PRINCIPAL PAID          282.60           .00          .00           .00        282.60
INTEREST PAID              .00           .00          .00           .00           .00
TOTAL PAID              282.60           .00          .00           .00        282.60
```

The Debtor's attorney, FELD & KORRUB LLC              , was allowed $   3500.00
and was paid $    300.00   direct and $       .00  through the plan.

The Trustee received $     17.40 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/14/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE